IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT WEIDOW,
    Plaintiff,

vs.                              Case No.:  3:08cv7/MCR/EMT

OKALOOSA COUNTY BOARD OF
COMMISSIONS, et al.,
    Defendants.
_____/

**O R D E R**

       This cause is before the court upon Petitioner's "§ 2241 Emergency Habeas Corpus Petition Form" and Motion to Proceed In Forma Pauperis (IFP) (Docs. 1, 2).  Upon review of the petition and motion, it appears that Petitioner intended to file them in his habeas action already commenced in this court, Case No. 3:07cv517/RV/EMT, in response to the order issued by the undersigned on December 10, 2007, directing Petitioner to file an amended petition on the court-approved form, and either pay the filing fee or submit an IFP motion within thirty (30) days, that is, on or before January 9, 2007 (*see* Doc. 4).  Therefore, the clerk will be instructed to docket the instant petition and IFP motion as an amended petition and IFP motion, respectively, in Case No. 3:07cv517/RV/EMT, and to administratively close the instant case.

       Accordingly, it is **ORDERED**:

       1.    The clerk of court is directed to docket the instant petition and IFP motion as an amended petition and IFP motion, respectively, in Case No. 3:07cv517/RV/EMT, and to administratively close the instant case.

       2.    Petitioner shall disregard the Notice to Pro Se issued by the clerk of court on January 8, 2008 (Doc. 3).  Petitioner shall file all documents related to his § 2241 petition in <u>Case No. 3:07cv517/RV/EMT</u>, not this case.

**DONE AND ORDERED** this 10th day of January 2008.

                                          /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**